UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**ALEXANDRIA LONGORIA,**
**AMBROSIO LONGORIA,**

*Plaintiff*

**v**

**ENCOMPASS INDEMNITY**
**COMPANY,**

*Defendant*

Case No. 5:22-CV-00021-JKP

**O R D E R**

Before the Court is Plaintiff's Stipulation of Dismissal seeking to dismiss this cause with prejudice. *ECF No. 18*.

Plaintiffs represent to this Court they no longer desire to prosecute this cause of action against Defendant **ENCOMPASS INDEMNITY COMPANY.** Having considered Plaintiffs' request, The Court deems the terms of the dismissal proper.

IT IS ORDERED, in accordance with Federal Rule of Civil Procedure 41(a)(2), all claims and causes of action Plaintiffs **ALEXANDRA LONGORIA AND AMBROSIO LONGORIA** have against Defendant **ENCOMPASS INDEMNITY COMPANY** be and hereby are DISMISSED, with prejudice to Plaintiffs ever refiling same.

IT IS ORDERED all costs and attorneys' fees shall be paid by the party incurring them. All other and further relief not specifically granted herein is DENIED. This Order is in all things FINAL.

The Court's referral to Magistrate Judge Farrer is withdrawn. The Clerk of Court is

DIRECTED to close the case.

    It is so Ordered.
    SIGNED this 7th day of October, 2022.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE